UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KHOR CHIN LIM,<br><br>                           Plaintiff,<br><br>-against-<br><br>NEW YORK STATE BOARD OF LAW EXAMINERS, et al.,<br><br>                        Defendants. | 25-CV-0510 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      On January 15, 2025, the Court received a notice of voluntary dismissal, advising that Plaintiff wishes to withdraw her complaint without prejudice. (ECF 5.) The Court grants Plaintiff's request to withdraw this action. The complaint is voluntarily dismissed without prejudice under Fed. R. Civ. P. 41(a).

      The Clerk of Court is directed to terminate the motion at ECF 3.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 22, 2025
            New York, New York

                                                  /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                               Chief United States District Judge